| | | | | |
|---|---|---|---|---|
| State v. Allen | 107,645 | Denied | 10/07/13 | Unpublished |
| State v. Allen | 107,708 | Denied | 11/04/13 | Unpublished |
| State v. Allen | 107,871 | Denied | 11/04/13 | Unpublished |
| State v. Anderson | 108,413 | Denied | 10/29/13 | Unpublished |
| State v. Andrews | 107,506 | Denied | 12/27/13 | Unpublished |
| State v. Armand | 109,416 | Denied | 02/12/14 | Unpublished |
| State v. Balbirnie | 106,849 | Denied | 02/12/14 | Unpublished |
| State v. Barber | 106,911 | Granted | 10/01/13 | Unpublished |
| State v. Barrett | 107,843 | Denied | 11/22/13 | Unpublished |
| State v. Baugh | 108,633 | | | |
| | 108,634 | Denied | 12/27/13 | Unpublished |
| State v. Beard | 107,373 | Denied | 10/07/13 | Unpublished |
| State v. Beeson | 107,511 | Denied | 11/22/13 | Unpublished |
| State v. Bell | 106,360 | Denied | 10/07/13 | Unpublished |
| State v. Bellinger | 105,008 | Denied | 10/01/13 | 47 Kan. App. 2d 776 |
| State v. Beltran | 106,842 | Denied | 12/27/13 | 48 Kan. App. 2d 857 |
| State v. Bierer | 109,330 | Denied | 12/27/13 | 49 Kan. App. 2d 403 |
| State v. Bishop | 106,810 | Denied | 11/22/13 | Unpublished |
| State v. Blades | 107,945 | Denied | 11/20/13 | Unpublished |
| State v. Blunck | 108,508 | Denied | 02/12/14 | Unpublished |
| State v. Bolze-Sann | 105,297 | Granted | 10/17/13 | Unpublished |
| State v. Brammer | 106,696 | Granted | 12/27/13 | Unpublished |
| State v. Braun | 107,367 | Denied | 11/20/13 | Unpublished |
| State v. Brewer | 107,829 | Denied | 02/18/14 | 49 Kan. App. 2d 102 |
| State v. Brown | 107,614 | Denied | 10/29/13 | Unpublished |
| State v. Brubaker | 106,427 | Denied | 10/01/13 | Unpublished |
| State v. Burris | 106,617 | Denied | 11/06/13 | Unpublished |
| State v. Buser | 105,982 | Granted | 10/01/13 | Unpublished |
| State v. Butler | 106,501 | Denied | 11/22/13 | Unpublished |
| State v. Byers | 107,563 | Denied | 10/07/13 | Unpublished |
| State v. Camacho | 106,698 | Denied | 10/01/13 | Unpublished |
| State v. Campbell | 107,926 | Denied | 02/12/14 | Unpublished |
| State v. Campos | 108,575 | Denied | 11/04/13 | Unpublished |
| State v. Carter | 107,923 | Denied | 10/29/13 | Unpublished |
| State v. Case | 104,464 | Granted in part; reversed in part; remanded to Ct. of App. | 02/20/14 | Unpublished |
| State v. Castleberry | 106,600 | Granted | 10/17/13 | 48 Kan. App. 2d 469 |
| State v. Cervantes-Cano | 107,179 | Denied | 11/20/13 | Unpublished |
| State v. Chilen | 107,545 | Denied | 11/04/13 | Unpublished |
| State v. Christian | 106,023 | Denied | 10/01/13 | Unpublished |